UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
CAROLYN LEIGH PATTERSON, individually and on
behalf of all others similarly situated, and derivatively
on behalf of The Ambac Financial Group, Inc. Pension                    ECF Case
Plan,

                               Plaintiffs,                    08 CV 3582 (DC) (JCF)

          -against-

THE AMBAC FINANCIAL GROUP, INC. PENSION
PLAN, PLAN ADMINISTRATIVE COMMITTEE of
The Ambac Financial Group, Inc. Pension Plan,
GREGG L. BIENSTOCK individually and as the Plan
Administrator of both The Ambac Financial Group, Inc.
Pension Plan and the Ambac Financial Group, Inc.
Savings Incentive Plan and as a member of the Plan
Administrative Committee of The Ambac Financial Group,
Inc. Pension Plan, DIANA ADAMS, ROBERT EISMAN,
ANNE GILL KELLY and TIMOTHY STEVENS
individually and as members of the Plan
Administrative Committee of The Ambac Financial
Group, Inc. Pension Plan, PLAN INVESTMENT
COMMITTEE of The Ambac Financial Group, Inc.
Pension Plan, JOHN DOES NOS. 1-10 individually and/or
as members of the Plan Investment Committee of The
Ambac Financial Group, Inc. Pension Plan, AMBAC
FINANCIAL GROUP, INC. and AMBAC FINANCIAL
GROUP, INC. SAVINGS INCENTIVE PLAN,

                               Defendants.
-------------------------------------------------------------------------x

**NOTICE OF DISMISSAL**

       PLEASE TAKE NOTICE that, no opposing party having filed an answer or a motion for

summary judgment, plaintiff hereby dismisses the captioned action without prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  New York, NY                                    Rosen Preminger & Bloom LLP
      May 27, 2008                                    Attorneys for Plaintiffs


                                By: /s/ *David S. Preminger*
                                    David S. Preminger (DP 1057)
                                  708 Third Avenue, Suite 1600
                                  New York, NY  10017
                                  (212) 682-1900
                                  dpreminger@rpblawny.com