USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAROLYN LEIGH PATTERSON, individually and on
behalf of all others similarly situated, and derivatively
on behalf of The Ambac Financial Group, Inc. Pension
Plan,

                      Plaintiffs,

       -against-

THE AMBAC FINANCIAL GROUP, INC. PENSION
PLAN, PLAN ADMINISTRATIVE COMMITTEE of
The Ambac Financial Group, Inc. Pension Plan,
GREGG L. BIENSTOCK individually and as the Plan
Administrator of both The Ambac Financial Group, Inc.
Pension Plan and the Ambac Financial Group, Inc.
Savings Incentive Plan and as a member of the Plan
Administrative Committee of The Ambac Financial Group,
Inc. Pension Plan, DIANA ADAMS, ROBERT EISMAN,
ANNE GILL KELLY and TIMOTHY STEVENS
individually and as members of the Plan
Administrative Committee of The Ambac Financial
Group, Inc. Pension Plan, PLAN INVESTMENT
COMMITTEE of The Ambac Financial Group, Inc.
Pension Plan, JOHN DOES NOS. 1-10 individually and/or
as members of the Plan Investment Committee of The
Ambac Financial Group, Inc. Pension Plan, AMBAC
FINANCIAL GROUP, INC. and AMBAC FINANCIAL
GROUP, INC. SAVINGS INCENTIVE PLAN,

                      Defendants.
------------------------------------------------------------x

ECF Case

08 CV 3582 (DC) (JCF)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, no opposing party having filed an answer or a motion for summary judgment, plaintiff hereby dismisses the captioned action without prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, NY           Rosen Preminger & Bloom LLP
May 27, 2008                  Attorneys for Plaintiffs

By: _____
David S. Preminger (DP 1057)
708 Third Avenue, Suite 1600
New York, NY 10017
(212) 682-1900
dpreminger@rpblawny.com

SO ORDERED

_____
U.S.D.J.

5/29/08